

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00024-CV

## IN THE MATTER OF THE MARRIAGE OF RACHEL QUEVEDO TORRES AND ALEJANDRO TORRES AND IN THE INTEREST OF N.A.T. AND N.V.T., MINOR CHILDREN

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-FM-13-002118, Honorable Tim Sulak, Presiding

January 16, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Through their attorneys, Alejandro Torres and Rachel Quevedo Torres have filed a joint agreed motion to voluntarily dismiss the appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam